## J. T. DAVIS v. THE STATE.

No. 9698.　Delivered November 4, 1925.

**Transporting Intoxicating Liquor—Appeal Dismissed—Request of Appellant.**

Upon the written request of appellant duly verified by his affidavit, the appeal is dismissed.

Appeal from the District court of Hunt County.　Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for transportation of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*